UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY R. SANDERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C06-5332RJB<br><br><br><br>ORDER FOR EXTENSION<br>OF TIME |

Based upon the Stipulation between the parties it is hereby ORDERED that the time for Defendant to file an answering brief shall be extended to and including November 16, 2006. It is further ORDERED that Plaintiff shall have to and including November 30, 2006, to file Plaintiff's Reply Brief.

DATED this 13th day of November, 2006.

　　　　　　　　　　　　　　　　　　　　　/s/ J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Page 1          ORDER- [C06-5332RJB]

1
2  Presented by:
3
   s/ DAVID R. JOHNSON, WSB # 22269
4  Special Assistant U.S. Attorney
   Office of the General Counsel
5  701 Fifth Ave, Ste 2900
6  Seattle, WA 98104
   Phone: (206) 615-2545
7  Fax: (206)615-2531
   david.r.johnson@ssa.gov
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Page 2           ORDER- [C06-5332RJB]